UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

ROSALYN SMITH
                                                 : Bankruptcy No. 16-11398SR
     Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Stephen Raslavich, B. J.

**Date: November 30, 2016**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL GREGORY LANG ESQ
GALLANT & PARLOW PC
3618 HULMEVILLE RD
BENSALEM PA 19020-

ROSALYN SMITH
328 RUSCOMBE AVENUE
GLENSIDE,PA.19038