United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11398-sr
Rosalyn Smith                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Nov 30, 2016
                              Form ID: pdf900             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2016.
```
db            +Rosalyn Smith,    328 Ruscombe Avenue,    Glenside, PA 19038-1613
13683711      +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13683712      +Bureau Of Account,    3607 Rosemont Ave # 502,    Camp Hill, PA 17011-6943
13683714      +Stuart Lippman,    5447 E 5th St # 110,    Tucson, AZ 85711-2345
13683716      +Verizon,   500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Dec 01 2016 02:08:03     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2016 02:07:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2016 02:07:54     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13750398       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2016 02:09:55
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
13778309       E-mail/Text: bankruptcy.bnc@ditech.com Dec 01 2016 02:07:31     Ditech Financial LLC,
                PO Box 6154,   Rapid City, SD 57709-6154
13683713      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 01 2016 02:07:31     Ditech Financial Llc,
                345 St Peter St,   Saint Paul, MN 55102-1213
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13683715     ##+Transworld Systems Inc,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAUL GREGORY LANG    on behalf of Debtor Rosalyn  Smith lesliebrown.paralegal@gmail.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ROSALYN SMITH
                                                    : Bankruptcy No. 16-11398SR
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
**Date: November 30, 2016**             Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL GREGORY LANG ESQ
GALLANT & PARLOW PC
3618 HULMEVILLE RD
BENSALEM PA 19020-

ROSALYN SMITH
328 RUSCOMBE AVENUE
GLENSIDE,PA.19038